In re Clements Group; Clements, Jay S.; Ingram, Margaret L.; Ingram, R.A.; Clements, Vesta P.; Mission Plantation Inc.; Craig, Ellenda C.; Shaw, Jack; Shaw, Aris-ta Roselle; Underwood, S.R.; Underwood, Martha Mae; — Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, Second Circuit, No. 21998-CA; Parish of Bossier, 26th Judicial District Court, Div. “B”, No. 66048.
Prior report: La.App., 574 So.2d 455.
Denied.
MARCUS, DENNIS and HALL, JJ., would grant the writ.